# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  Albrecht v. Sternenberg et al

District Court Case No.  1:23-cv-00381-JL-TSM            District of  New Hampshire

Date Notice of Appeal filed  March 3, 2024                Court of Appeals Case No.  24-1217

Form filed on behalf of  Dana Albrecht

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  ✔

Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)

## TRANSCRIPT ORDER

Name of Court Reporter

Phone Number of Reporter

A.  ____  **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

PROCEEDING(S)                          HEARING DATE(S)

- ☐ Jury Voir Dire
- ☐ Opening Statement (plaintiff)
- ☐ Opening Statement (defendant)
- ☐ Trial
- ☐ Closing Argument (plaintiff)
- ☐ Closing Argument (defendant)
- ☐ Findings of Fact/Conclusions of Law
- ☐ Jury Instructions
- ☐ Change of Plea
- ☐ Sentencing
- ☐ Bail hearing
- ☐ Pretrial proceedings (specify)
- ☐ Testimony (specify )
- ☐ Other (specify)

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.  ____  **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- ☐ Private funds.
- ☐ Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act.  A CJA Form 24  has been approved by the district court judge.
- ☐ Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.
- ☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name                                 Filer's Signature

Firm/Address                                 Filer's Email address

Telephone number                             Date mailed to court reporter

(Court Reporter Use ONLY) Date received

Form CA1-10 (6/09/09)                                            **SEE INSTRUCTIONS ON REVERSE**