# United States Court of Appeals
## For the First Circuit

No. 24-1217

DANA ALBRECHT,

Plaintiff - Appellant,

v.

KATHLEEN STERNENBERG, in her official capacity as a Guardian ad Litem appointed to serve in the New Hampshire Circuit Court, Family Division; BRUCE F. DALPRA, in his official capacity as a former Marital Master in the New Hampshire Circuit Court, Family Division; JULIE A. INTROCASO, in her official capacity as a former judge in the New Hampshire Circuit Court, Family Division; MARK SUTHERLAND DERBY, in his official capacity as a judge in the New Hampshire Circuit Court, Family Division; DAVID D. KING, in his official capacity as an Administrative Judge of the New Hampshire Circuit Court; NH JUDICIAL BRANCH,

Defendants - Appellees.

**NOTICE**

Issued: March 29, 2024

Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After April 12, 2024, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

Catherine Denny
Christopher G. Bond

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Gerry Claude - (617) 748-4275


cc:
Dana Albrecht
Christopher G. Bond
Catherine Denny
Linda M. Smith