# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 24-1217    **Short Title:** Albrecht v Sternenberg

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Bruce Dalpra, Julie Introcaso, Mark Derby, David King</u> as the

[ ] appellant(s)    [✔] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

<u>/s/ Samuel R.V. Garland</u>
Signature

Date

<u>Samuel R.V. Garland</u>
Name

<u>NH Attorney General's Office</u>    <u>603-271-3658</u>
Firm Name (if applicable)    Telephone Number

<u>1 Granite Place South</u>    <u>603-271-2110</u>
Address    Fax Number

<u>Concord, NH 03301</u>    <u>samuel.rv.garland@doj.nh.gov</u>
City, State, Zip Code    Email (required)

Court of Appeals Bar Number: <u>1189913</u>

Has this case or any related case previously been on appeal?

[✔] No    [ ] Yes   Court of Appeals No. _____

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).