# United States Court of Appeals
## For the First Circuit

No. 24-1217

DANA ALBRECHT,

Plaintiff - Appellant,

v.

KATHLEEN STERNENBERG, in her official capacity as a Guardian ad Litem appointed to serve in the New Hampshire Circuit Court, Family Division; BRUCE F. DALPRA, in his official capacity as a former Marital Master in the New Hampshire Circuit Court, Family Division; JULIE A. INTROCASO, in her official capacity as a former judge in the New Hampshire Circuit Court, Family Division; MARK SUTHERLAND DERBY, in his official capacity as a judge in the New Hampshire Circuit Court, Family Division; DAVID D. KING, in his official capacity as an Administrative Judge of the New Hampshire Circuit Court; NH JUDICIAL BRANCH,

Defendants - Appellees.

**NOTICE**

Issued: April 19, 2024

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorney has failed to register for an account and will no longer receive notice in this case:

Catherine Denny

The following attorneys will continue to receive notice in this case:

Dana Albrecht
Samuel R. V. Garland
Linda M. Smith

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Gerry Claude - (617) 748-4275


cc:
Dana Albrecht
Catherine Denny
Samuel R. V. Garland
Linda M. Smith