# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| **Dana Albrecht,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | **Civil No. 24-1217** |
| | ) | |
| **Kathleen Sternenberg, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**PLAINTIFF'S PARTIALLY ASSENTED-TO MOTION FOR EXTENSION OF TIME**

---

NOW COMES Plaintiff Dana Albrecht, *pro se*, and respectfully requests that this Honorable Court to provide a 30 day extension for Plaintiff to respond to its *Order* to show cause entered April 19, 2024. In support thereof it is stated:

1. Plaintiff is an observant Eastern Orthodox Christian.

2. Orthodox "Holy Week" occurs this year from Palm Sunday on April 28, 2024 through "Good Friday" on May 3, 2024, with Orthodox Easter (Pascha) observed on Sunday, May 5, 2024.

3. Plaintiff customarily limits his other commitments during this time because of his sincerely held religious beliefs and the number and quantity of services he normally attends.

4. Plaintiff is also a *pro se* litigant who might require more time than a professional attorney to research relevant case law to provide an appropriate response.

5. On Monday April 22, 2024, Plaintiff contacted opposing counsel Linda M. Smith, Samuel R. V. Garland, and Catherine Denny by email requesting their assent to this *Motion*.

- 1 -

6. Ms. Linda Smith promptly responded, and stated "On behalf of our client, we assent."

7. Despite sending a additional follow-up email, Plaintiff has received no response from either Mr. Garland or Ms. Denny, and therefore has been unable to learn their position on this motion.

8. For the foregoing reasons, Plaintiff requests a 30-day extension to file a response to this Honorable Court's April 19, 2024 *Order*.

WHEREFORE Plaintiff Dana Albrecht respectfully requests that this Honorable Court:

A) Extend its Friday May 3, 2024 deadline by 30 days until Monday, June 3, 2024 for Plaintiff to respond; and,

B) For all other such relief as is just and equitable.

Respectfully submitted,

_____
DANA ALBRECHT
*Plaintiff Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
(603) 809-1097
dana.albrecht@hushmail.com

April 26, 2024.

## CERTIFICATE OF SERVICE

I, Dana Albrecht, hereby certify that a copy of this *Motion* shall be served to all the parties and/or counsel of record through the ECF system.

_____
DANA ALBRECHT

April 26, 2024