# United States Court of Appeals
## For the First Circuit

No. 24-1217

DANA ALBRECHT,

Plaintiff - Appellant,

v.

KATHLEEN STERNENBERG, in her official capacity as a Guardian ad Litem appointed to serve in the New Hampshire Circuit Court, Family Division; BRUCE F. DALPRA, in his official capacity as a former Marital Master in the New Hampshire Circuit Court, Family Division; JULIE A. INTROCASO, in her official capacity as a former judge in the New Hampshire Circuit Court, Family Division; MARK SUTHERLAND DERBY, in his official capacity as a judge in the New Hampshire Circuit Court, Family Division; DAVID D. KING, in his official capacity as an Administrative Judge of the New Hampshire Circuit Court; NH JUDICIAL BRANCH,

Defendants - Appellees.

**ORDER OF COURT**

Entered: April 29, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Dana Albrecht to file a response to the court's show cause order be enlarged to and including **June 3, 2024**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Dana Albrecht
Catherine Denny
Samuel R. V. Garland
Linda M. Smith