# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| Dana Albrecht, | ) |
|       Plaintiff | ) ) ) |
| v. | )    Civil No. 24-1217 |
| Kathleen Sternenberg, et al. | ) ) ) |
|       Defendants. | ) |

## PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD AND TO LODGE NOTICE OF NEW HAMPSHIRE HOUSE BILL 1104 ("HB1104-FN")

NOW COMES Plaintiff Dana Albrecht, *pro se*, and respectfully requests for this Court to supplement the record and to lodge notice of New Hampshire House Bill 1104 ("HB 1104-FN"). In support thereof, Plaintiff further states:

1. These materials not already part of the lower federal district court record are public records of recent actions taken by both houses of the New Hampshire State Legislature.

2. The Court "can and should take notice of the laws and judicial decisions of the several States of this Union." *Pennington v. Gibson*, 57 U.S. 65, 81 (1853).

3. The materials are provided further to support Plaintiff's argument at ¶¶36-37 of his *Response to Show Cause Order*, filed June 3, 2024 in this Court.

4. These materials are very brief in nature and it is Plaintiff's opinion they might warrant substantive review by this Court.

5. These materials are current as of May 2, 2024, and were not previously available in their present form when Plaintiff filed his notice of appeal in this matter.

6. New Hampshire House Bill 1104 ("HB 1104-FN") is new state legislation that was recently authored by the Hon. Robert J. Lynn, who is the primary sponsor.

7. Hon. Robert J. Lynn presently serves as chairman of the New Hampshire House Judiciary Committee in the New Hampshire State Legislature.

8. Hon. Robert J. Lynn formerly served as Chief Justice of the New Hampshire Supreme Court from April 9, 2018 through August 23, 2019 and as Associate Justice of the New Hampshire Supreme Court from November 30, 2010.

9. As set forth in ¶¶36-37 of Plaintiff's *Response to Show Cause Order*, filed June 3, 2024 in this Court, this proposed legislation has already been adopted by both houses of the New Hampshire State Legislature, but not yet signed into law by New Hampshire Governor Chris Sununu.

10. Further, Plaintiff has argued (see above) that this proposed legislation articulates a "bright line" *per se* rule that makes a crystal clear distinction between judges (subject to misconduct findings by the NH Judicial Conduct Committee) and those *not* subject to misconduct findings by the NH Judicial Conduct Committee, such as NH *Guardian ad Litems*.

11. Consequently, if this proposed legislation is enacted, it would further undermine, by legislative fiat, this Court's opinion in *Cok v. Cosentino*, 876 F.2d 1 (1st Cir. 1989) that essentially equates the role of a family court judge and the role of a *guardian ad litem* as equivalent in any "analysis of the nature of the duties performed," (*Cok* at 3) concerning "whether [or to what degree] they are 'closely associated with the judicial process" (*Id.*) using the "functional approach taken in immunity cases." (*Id.*)

12. The present status of this proposed legislation ("HB1104-FN") therefore also presents "exceptional circumstances" in this case. Cf. *Colorado River Water Cons. Dist. v. United States*, 424 U.S. 800 (1976).

13. For the foregoing reasons, this Court should grant *Plaintiff's Motion to Supplement the Record* and lodge the relevant documents, so that it is better able to construe what is the *current status* of proposed state legislation that might undermine *Cok*, as well as what the *future* (with reasonable probability) *might* entail, concerning *Cok*.

WHEREFORE Plaintiff Dana Albrecht respectfully requests that this Court:

A) Grant this motion; and,

B) Provide such relief as is consistent with ¶¶1-13, *supra*; and,

C) For all other such relief as is just and equitable.

Respectfully submitted,

_____
DANA ALBRECHT
    *Plaintiff Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
(603) 809-1097
dana.albrecht@hushmail.com

June 4, 2024.

## CERTIFICATE OF SERVICE

I, Dana Albrecht, hereby certify that a copy of this *Motion* shall be served to all the parties and/or counsel of record through the ECF system.

 _____
 DANA ALBRECHT

June 4, 2024