# HB1104-FN

## Bill Details

**Title:** relative to the review of decisions in cases involving judicial misconduct.

**Sponsors:** *(Prime)* Lynn (R), Kuttab (R), Marjorie Smith (D), Mark Pearson (R)

LSR Number: **24-2055**
General Status: **PASSED**
House:
**Committee:** Judiciary
**Due Out:** 3/21/2024
**Status:** PASSED/ADOPTED WITH AMENDMENT
Senate:
**Committee:** Judiciary
**Floor Date:** 5/2/2024
**Status:** PASSED/ADOPTED

## Bill Docket

| Body | Description |
| --- | --- |
| H | Introduced 01/03/2024 and referred to Judiciary |
| H | Public Hearing: 02/07/2024 03:15 pm LOB 210-211 |
| H | Executive Session: 02/15/2024 10:00 am LOB 206-208 |
| H | Committee Report: Ought to Pass with Amendment # 2024-0707h 02/21/2024 **(Vote 19-0; CC)** **HC 9** P. 10 |
| H | Amendment # 2024-0707h: AA VV 03/07/2024 **HJ 7** |
| H | Ought to Pass with Amendment 2024-0707h: MA VV 03/07/2024 **HJ 7** |
| S | Introduced 03/07/2024 and Referred to Judiciary; **SJ 7** |
| S | Hearing: 03/26/2024, Room 100, SH, 01:30 pm; **SC 12** |
| S | Committee Report: Ought to Pass, 05/02/2024; Vote 5-0; CC; **SC 17** |
| S | Ought to Pass: MA, VV; OT3rdg; 05/02/2024; **SJ 11** |