# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
**http://www.courts.state.nh.us**
## RULE 7 NOTICE OF MANDATORY APPEAL

This form should be used for an appeal from a final decision on the merits issued by a superior court or circuit court <u>except</u> for a decision from: (1) a post-conviction review proceeding; (2) a proceeding involving a collateral challenge to a conviction or sentence; (3) a sentence modification or suspension proceeding; (4) an imposition of sentence proceeding; (5) a parole revocation proceeding; (6) a probation revocation proceeding; (7) a landlord/tenant action or a possessory action filed under RSA chapter 540; (8) an order denying a motion to intervene; or (9) a domestic relations matter filed under RSA chapters 457 to 461-A other than an appeal from the first final order. (An appeal from the first final order issued in a domestic relations matter filed under RSA chapters 457 to 461-A should be filed on this form.)

---

1.  COMPLETE CASE TITLE AND CASE NUMBERS IN TRIAL COURT

**Katherine Albrecht v. Dana Albrecht, No. 659-2019-DV-00341**

---

2.  COURT APPEALED FROM AND NAME OF JUDGE(S) WHO ISSUED DECISION(S)

**9th Circuit - Family Division - Nashua**
**Judge Kevin Rauseo**

---

3A.  APPEALING PARTY:  NAME, MAILING ADDRESS, E-MAIL ADDRESS, AND TELEPHONE NUMBER.

**Dana Albrecht**

**131 Daniel Webster Hwy #235**
**Nashua, NH 03060**

E-Mail address: **dana.albrecht@hushmail.com**

Telephone number:         **(603) 809-1097**

3B.  APPEALING PARTY'S COUNSEL:  NAME, BAR ID NUMBER, FIRM NAME, MAILING ADDRESS, E-MAIL ADDRESS. AND TELEPHONE NUMBER.
**Pro Se**

_____

_____

_____

_____

E-Mail address: **dana.albrecht@hushmail.com**

Telephone number:         **(603) 809-1097**

---

4A.  OPPOSING PARTY:  NAME, MAILING ADDRESS, E-MAIL ADDRESS, AND TELEPHONE NUMBER.

**Katherine Albrecht**

**5374 Orchard Drive**
**East China, Michigan 048054**

E-Mail address: **lightfoot@hushmail.com**

Telephone number:         **(626) 325-4900**

4B.  OPPOSING PARTY'S COUNSEL:  NAME, BAR ID NUMBER, FIRM NAME, MAILING ADDRESS, E-MAIL ADDRESS. AND TELEPHONE NUMBER.
**Israel F. Piedra, Esq. (NH Bar #267568)**

**Michael J. Fontaine, Esq. (NH Bar #832)**

**Welts, White, & Fontaine, P.C.**
**P.O. Box 507**
**Nashua, NH 03060**

E-Mail address: **ipiedra@lawyersnh.com**

Telephone number:         **(603) 883-0797**

5. NAMES OF ALL OTHER PARTIES AND COUNSEL IN TRIAL COURT

6. DATE OF CLERK'S NOTICE OF DECISION OR SENTENCING. ATTACH OR INCLUDE COPY OF NOTICE AND DECISION.
02/24/2023 ; 03/17/2023

DATE OF CLERK'S NOTICE OF DECISION ON POST-TRIAL MOTION, IF ANY. ATTACH OR INCLUDE COPY OF NOTICE AND DECISION.

**03/24/2023**

7. CRIMINAL CASES: DEFENDANT'S SENTENCE AND BAIL STATUS

8. APPELLATE DEFENDER REQUESTED?          YES or NO: **No**
IF YOUR ANSWER IS YES, YOU <u>MUST</u> CITE STATUTE OR OTHER LEGAL AUTHORITY UPON WHICH CRIMINAL LIABILITY WAS BASED AND SUBMIT A CURRENT REQUEST FOR A LAWYER FORM (FINANCIAL STATEMENT). SEE SUPREME COURT RULE 32(4).

9. IS ANY PART OF CASE CONFIDENTIAL?          YES or NO: **No**
IF SO, IDENTIFY WHICH PART AND CITE AUTHORITY FOR CONFIDENTIALITY. SEE SUPREME COURT RULE 12.

10. IF ANY PARTY IS A CORPORATION, LIST THE NAMES OF PARENTS, SUBSIDIARIES AND AFFILIATES.

11. DO YOU KNOW OF ANY REASON WHY ONE OR MORE OF THE SUPREME COURT JUSTICES WOULD BE DISQUALIFIED FROM THIS CASE?          YES or NO: **No**

IF YOUR ANSWER IS YES, YOU <u>MUST</u> FILE A MOTION FOR RECUSAL IN ACCORDANCE WITH SUPREME COURT RULE 21A.

12. IS A TRANSCRIPT OF TRIAL COURT PROCEEDINGS NECESSARY FOR THIS APPEAL? SEE SUPREME COURT RULE 15, COMMENT.
          YES or NO: **Yes**

IF YOUR ANSWER IS YES, YOU <u>MUST</u> COMPLETE THE TRANSCRIPT ORDER FORM ON PAGE 4 OF THIS FORM.

13. LIST SPECIFIC QUESTIONS TO BE RAISED ON APPEAL, EXPRESSED IN TERMS AND CIRCUMSTANCES OF THE CASE, BUT WITHOUT UNNECESSARY DETAIL. STATE EACH QUESTION IN A SEPARATELY NUMBERED PARAGRAPH.

**1. Whether, or under what circumstances, are the equal protection provisions of the New Hampshire Constitution violated when ex parte orders are issued in civil domestic violence cases?**

**2. Whether, or under what circumstances, do the equal protection provisions of the New Hampshire Constitution require uniform objective standards for whether events are too remote in time for consideration in domestic violence cases?**

**3. Was Defendant denied due process or equal protection under the New Hampshire Constitution when the trial court denied Defendant's discovery requests?**

**4. Does DV Protocol 6.11 either facially, or as applied, violate the equal protection provisions of the New Hampshire Constitution?**

**5. Was the trial court's granting of an additional one-year extension an unsustainable exercise of discretion?**

**6. Did the trial court violate the provision in RSA 173-B:5, VI requiring that "the court shall state in writing, at the respondent's request, its reasons or reasons for granting the extension," or, in the alternative, were its reasons unconstitutionally vague under the New Hampshire Constitution?**

**7. Is RSA 173-B:5, VI, either facially, or as-applied, unconstitutionally vague under the New Hampshire Constitution?**

**8. Is RSA 633:3-a, either facially, or as-applied, unconstitutionally vague under the New Hampshire Constitution?**

**9. Is RSA 633:3-a, either facially, or as-applied, unconstitutionally overbroad under the New Hampshire Constitution?**

14. CERTIFICATIONS

I hereby certify that every issue specifically raised has been presented to the court below and has been properly preserved for appellate review by a contemporaneous objection or, where appropriate, by a properly filed pleading. To the extent that an unpreserved issue is raised as plain error, I hereby certify that I have specifically identified that issue as plain error in section 13.

<u>**/s/ Dana Albrecht**</u>
Appealing Party or Counsel

I hereby certify that on or before the date below, copies of this notice of appeal were served on all parties to the case and were filed with the clerk of the court from which the appeal is taken in accordance with Supreme Court Rules 5(1) and 26(2) and with Rule 18 of the Supplemental Rules of the Supreme Court.

<u>**03/29/2023**</u>
Date

<u>**/s/ Dana Albrecht**</u>
Appealing Party or Counsel

# TRANSCRIPT ORDER FORM

INSTRUCTIONS:

1. If a transcript is necessary for your appeal, you <u>must</u> complete this form.
2. List each portion of the proceedings that must be transcribed for appeal, e.g., entire trial (see Supreme Court Rule 15(3)), motion to suppress hearing, jury charge, etc., and provide information requested.
3. Determine the amount of deposit required for each portion of the proceedings and the total deposit required for all portions listed. Do <u>not</u> send the deposit to the Supreme Court. You will receive an order from the Supreme Court notifying you of the deadline for paying the deposit amount to the court transcriber. Failure to pay the deposit by the deadline may result in the dismissal of your appeal.
4. The transcriber will produce a digitally-signed electronic version of the transcript for the Supreme Court, which will be the official record of the transcribed proceedings. Parties will be provided with an electronic copy of the transcript in PDF-A format. A paper copy of the transcript may also be prepared for the court.

| PROCEEDINGS TO BE TRANSCRIBED | | | | | |
|---|---|---|---|---|---|
| PROCEEDING DATE (List each day separately, e.g. 5/1/11; 5/2/11; 6/30/11) | TYPE OF PROCEEDING (Motion hearing, opening statement, trial day 2, etc.) | NAME OF JUDGE | LENGTH OF PROCEEDING (in .5 hour segments, e.g.,1.5 hours, 8 hours) | RATE (standard rate unless ordered by Supreme Court) | DEPOSIT |
| | | | | X $137.50 | $ |
| | | | | X $137.50 | $ |
| | | | | X $137.50 | $ |
| | | | | X $137.50 | $ |
| | | | | X $137.50 | $ |
| | | | | X $137.50 | $ |
| | | | | X $137.50 | $ |
| | | | | X $137.50 | $ |
| | | | | X $137.50 | $ |
| | | | | X $137.50 | $ |
| | | | | **TOTAL DEPOSIT** | $ |

| PROCEEDINGS PREVIOUSLY TRANSCRIBED | | | | | |
|---|---|---|---|---|---|
| PROCEEDING DATE (List date of each transcript volume) | TYPE OF PROCEEDING (Motion hearing, opening statement, trial day 2, etc.) | NAME OF JUDGE | NAME OF TRANSCRIBER | DO ALL PARTIES HAVE COPY (YES OR NO) | DEPOSIT FOR ADDITIONAL COPIES |
| | See Attached | See Attached | eScribers | | TBD |
| | | | See Attached | | TBD |
| | | | | | TBD |

**NOTE:** The deposit is an estimate of the transcript cost. After the transcript has been completed, you will be required to pay an additional amount if the final cost of the transcript exceeds the deposit. Any amount paid as a deposit in excess of the final cost will be refunded. The transcript will not be released to the parties until the final cost of the transcript is paid in full.

**PROCEEDINGS PREVIOUSLY TRANSCRIBED**

*Albrecht v. Albrecht*

| Proceeding Date | Type of Proceeding | Docket Number | Judicial Officer |
|---|---|---|---|
| May 9, 2019 | Motions Hearing | 659-2016-DM-00288 | Bruce F. DalPra |
| December 9, 2019 | DV Hearing Day 1 | 659-2019-DV-00341 | Mark S. Derby |
| December 11, 2019 | DV Hearing Day 2 | 659-2019-DV-00341 | Mark S. Derby |
| December 20, 2019 | DV Hearing Day 3 | 659-2019-DV-00341 | Mark S. Derby |
| November 6, 2020 | Motions Hearing | 659-2016-DM-00288 | Bruce F. DalPra |
| July 15, 2021 | UCCJEA Hearing[1] | 21-000769-UN, 31st Circuit Court, St. Clair County, Michigan | Elwood Brown |
| January 11, 2022 | Hearing on Motion for Continuance | 659-2019-DV-00341 | Kevin P. Rauseo |
| February 18, 2022 | Evidentiary hearing | 659-2019-DV-00341 | Kevin P. Rauseo |
| February 18, 2022 | Motions Hearing | 659-2016-DM-00288 | Kevin P. Rauseo |
| June 30, 2022 | Motions Hearing | 659-2016-DM-00288 | Kevin P. Rauseo |
| October 13, 2022 | Hearing on Jurisdiction | 659-2016-DM-00288 | Kevin P. Rauseo |
| January 12, 2023 | Motions Hearing | 659-2016-DM-00288 | Kevin P. Rauseo |

---

1  Official copies of this transcript, already prepared, may be ordered from Christine A. Regan, Court Reporter/Clerk for Judge Elwood Brown, 31st Circuit Court – Family Division, 201 McMorran Blvd., Room 2200. Port Huron, MI 48060, Tel: (810) 985-2169, Email: Cregan@stclaircounty.org. All other transcripts are available, already prepared, from eScribers, LLC.

Case Name: In the Matter of Katherine Albrecht and Dana Albrecht 659-2019-DV-00341
RULE 7 NOTICE OF MANDATORY APPEAL

<u>*Proceedings of the Domestic Violence Task Force*</u>

| Proceeding Date | Type of Proceeding | Docket Number | Judicial Officer |
|---|---|---|---|
| December 16, 2021 | DV Task Force Meeting #1 | N/A | Justice Barbara Hanz Marconi |
| January 11, 2022 | DV Task Force Meeting #2 | N/A | Justice Barbara Hanz Marconi |
| January 12, 2022 | DV Task Force Meeting #3 | N/A | Justice Barbara Hanz Marconi |
| January 18, 2022 | DV Task Force Meeting #4 | N/A | Justice Barbara Hanz Marconi |
| January 19, 2022 | DV Task Force Meeting #5 | N/A | Justice Barbara Hanz Marconi |
| January 21, 2022 | DV Task Force Meeting #6 | N/A | Justice Barbara Hanz Marconi |
| January 25, 2022 | DV Task Force Meeting #7 | N/A | Justice Barbara Hanz Marconi |
| January 27, 2022 | DV Task Force Meeting #8 | N/A | Justice Barbara Hanz Marconi |
| January 31, 2022 | DV Task Force Meeting #9 | N/A | Justice Barbara Hanz Marconi |
| February 22, 2022 | DV Task Force Meeting #10 | N/A | Justice Barbara Hanz Marconi |

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

9th Circuit - Family Division - Nashua
30 Spring Street, Suite 102
Nashua NH 03060

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
https://www.courts.nh.gov

## ORDER ON FURTHER EXTENSION OF
## DOMESTIC VIOLENCE OR STALKING FINAL PROTECTIVE ORDER
### Pursuant to RSA 633:3-a or 173-B

Case Number:  **659-2019-DV-00341**              PNO: **6591910341**

| Katherine Albrecht | ▮/1966 | V. Dana Albrecht | ▮/1971 |
|---|---|---|---|
| Plaintiff | Plf Date of Birth | Defendant | Def Date of Birth |

Pursuant to the provision of New Hampshire RSA 173-B:5, VI or RSA 633:3-a, III-c, the Plaintiff requests a further extension of the Final Protective Order issued on <u>December 30, 2019</u>, the Plaintiff having been originally granted a one-year extension.

☒ The Court finds, based upon the Plaintiff's representations, that good cause exists to extend the order.  Accordingly, the Final Protective Order expires on <u>02/24/2024</u>. The Defendant shall be given notice of Plaintiff's request and this order.

If the Defendant objects to the extension, he/she shall file a written objection within 10 days of the date of the Clerk's Notice of Decision and a hearing shall be conducted within 30 days of this order.  At such hearing, the Court may either reaffirm, modify or vacate this extension order.  If a hearing is scheduled, both parties shall appear.

The Plaintiff must file any request to further extend the Order of Protection <u>before</u> the order expires.

☐ The Court finds, based upon the Plaintiff's representations, that good cause does not exist and the request to extend the order is denied.

**Recommended:**

_____
Date

_____
Signature of Marital Master

_____
Printed Name of Marital Master

**So Ordered:**

I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

*February 24, 2023*
_____
Date

_____
Signature of Judge

Kevin P. Rauseo
_____
Printed Name of Judge

177

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

Court Name:

**9th Circuit - Family Division - Nashua**

Telephone: (603) 787-6626
RECEIVED/TDD Relay: (800) 735-2964
NH CIRCUIT COURT http://www.courts.state.nh.us
9TH CIRCUIT NASHUA

## REQUEST FOR EXTENSION OF DOMESTIC VIOLENCE
## OR STALKING FINAL PROTECTIVE ORDER

Case Number: <u>659-2019-DV-00341</u>                    PNO _____

<u>Katherine Minges (fka Albrecht)</u>  0█/1966   v.   <u>Dana Albrecht</u>         █/1971
Plaintiff                      Plf Date of Birth        Defendant              Def Date of Birth

I have a Domestic Violence/Stalking Final Protective Order issued on <u>02/25/2022</u>
                                                          (date)

The order will expire on <u>02/25/2023</u>
                    (date)

☐   I request a one year extension of this order for the following reasons:

_____

_____

_____

☒   Having received an initial  one year extension of the final protective order, I now request
    a further extension of up to five years for the following reasons:

**Mr. Albrecht has demonstrated a pattern of harassing and stalking-like behavior and
actions that is well-documented with this Court not only in this matter, but also in numerous
pleadings filed and in the testimony of Ms. Minges and her witnesses at multiple hearings
ITMO Dana Albrecht and Katherine Albrecht, Docket No. 659-2016-DM-00288. Ms. Minges
asserts that she continues to be in fear for her safety based upon Mr. Albrecht's past actions
and based upon his continued actions after this Court's last extension including filing of pleadings clearly
intended to harass Ms. Minges.**

2/3/23                                          _K. Minges_
Date                                            Plaintiff Signature

          State of _Michigan_____, County of _St. Clair_____

This instrument was acknowledged before me on 2-3-2023 by _Katherine Minges_

My Commission Expires 2-3-2026   _Sarah Marie Bremerkamp_
Affix Seal, if any               Clerk of Court/Deputy Clerk/Justice of Peace/Notarial Officer

SARAH MARIE BREMERKAMP
Notary Public - State of Michigan
County of St Clair
My Commission Expires Feb 3, 2026
Acting in the County of St Clair

160

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

9th Circuit - Family Division - Nashua
30 Spring Street, Suite 102
Nashua NH 03060

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
https://www.courts.nh.gov

## NOTICE OF DECISION

**DANA ALBRECHT
131 DW HWY #235
NASHUA NH 03060**

Case Name:    In the Matter of Katherine Albrecht v. Dana Albrecht
Case Number:    **659-2019-DV-00341**

Enclosed please find a copy of the Court's Order dated February 24, 2023 relative to:

> **#170 Defendant's Motion for Reconsideration of Ex Parte Order (#167) – Denied. The Court has not overlooked nor misapprehended any points of fact or law**

> **#171 Plaintiff's Motion to Amend Request for Extension of DVPO – Granted. DV Protocol 6-11 allows for amendment to pleading with notice to the defendant. Defendant received notice and filed a response.**

> **#174 Defendant's Motion to Strike Plaintiff's Motion to Amend Request for Extension of DVPO – Denied. DV Protocol 6.11 allows for amendment of pleadings.**

> **Judge Rauseo**

February 24, 2023

Sherry L. Bisson
Clerk of Court

(888)

C:  Katherine Albrecht; Michael J. Fontaine, ESQ

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

9th Circuit - Family Division - Nashua
30 Spring Street, Suite 102
Nashua NH 03060

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
https://www.courts.nh.gov

## NOTICE OF DECISION

**DANA ALBRECHT**
**131 D.W. HWY #235**
**NASHUA NH 03060**

____Case Name:     **In the Matter of Katherine Albrecht v. Dana Albrecht**
Case Number:     **659-2019-DV-00341** *659-2016-DM-00288*

Enclosed please find a copy of the Court's Order dated March 17, 2023 relative to:

> **Plaintiff's Expedited Motion for Protective Order and to Strike Defendant's 1st and 2nd Sets of Requests for Admissions - Granted as to Request A & B. The Court finds the discovery requests are too remote, unduly burdensome, oppressive or/and not material to the subject matter of the litigation or reasonably calculated to the discovery of admissible evidence.**

March 17, 2023

(888)

C: Michael J. Fontaine, ESQ

Sherry L. Bisson
Clerk of Court

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

9th Circuit - Family Division - Nashua
30 Spring Street, Suite 102
Nashua NH  03060

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
https://www.courts.nh.gov

## NOTICE OF DECISION

**DANA ALBRECHT**
**131 D.W. HWY #235**
**NASHUA NH  03060**

Case Name:     **In the Matter of Katherine Albrecht v. Dana Albrecht**
Case Number:   **659-2019-DV-00341** *659-2016-DM-00288*

Enclosed please find a copy of the Court's Order dated March 24, 2023 relative to:

> **Defendant's Ex Parte Motion for Clarification of Order on Further Extention Dated Feb 24, 2024 - Denied. The extension states the Court found, based upon the plaintiff's representations, that good cause exists to extend the order.**

> **Judge Rauseo**

March 24, 2023

(888)
C:  Michael J. Fontaine, ESQ

Sherry L. Bisson
Clerk of Court