## LIST OF EXHIBITS

1.     5/1/2014     Excerpt from *Sobell v. Sobell*, No. 659-2013-DM-00348.

2.     4/8/2016     Initial domestic violence *Order* (Paul S. Moore).

3.     10/13/2016 *Order* of appointment of GAL Sternenberg.

4.     8/9/2017     GAL Sternenberg testimony.

5.     7/5/2018     Paul S. Moore disbarment.

6.     3/15/2019     Julie Introcaso recusal *order*.

7.     4/26/2019     Judge Derby *Order* re: Kathleen Sternenberg.

8.     5/9/2019     Hearing information.

9.     5/30/2019     *Order* (DalPra/Introcaso)

10.     6/30/2019     *Order* (DalPra/Derby)

11.     9/16/2019     NH Supreme Court *Order*, No. 2019-0436.

12.     10/25/2019 NH Supreme Court *Order*, N. 2019-0436.

13.     12/20/2019 Excerpt from Hearing (Mark Derby).

14.     2/3/2020     Email from Judge King.

15.     10/15/2020 Deed to home, East China, Michigan.

16.     10/22/2022 Correspondence – Gary Hicks to Gordon MacDonald.

17.     10/23/2022 Newspaper Article – New Hampshire Union Leader.

18.     10/26/2020 Correspondence – Mary Ann Dempsey.

19.     11/6/2020     Excerpt from Hearing (Bruce DalPra)

- 35 -

20. 11/13/2020 Email from Judge King to Bruce DalPra.

21. 1/18/2021 Deposition of Mark S. Derby.

22. 2/8/2021 Deposition of Julie Introcaso.

23. 2/22/2021 Resignation Letter – Julie Introcaso.

24. 3/23/2021 Julie Introcaso – NH Supreme Court Order and Invoices.

25. 5/28/2021 Email from Mary Ann Dempsey.

26. 7/15/2021 UCCJEA hearing transcript.

27. 2/15/2022 Email from Julie Introcaso.

28. 2/25/2022 Julie Introcaso disbarment.

29. 8/26/2022 Deposition of Judge King (partial/redacted).

30. 11/10/2022 Bruce DalPra – NH Supreme Court Order and Invoices.