# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0181, K.A. v. D.A., the court on October 20, 2023, issued the following order:**

The relief requested in the plaintiff's memorandum of law is denied. The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. See Sup. Ct. R. 20(2). The defendant, D.A., appeals orders of the Circuit Court (Rauseo, J.) relating to an extension of a domestic violence protective order. See RSA 173-B:5, IV (2022). He raises numerous issues on appeal. We remand.

We note that the defendant raises several general questions about the law that effectively seek advisory opinions. We generally lack authority to grant advisory opinions to private litigants. See Piper v. Town of Meredith, 109 N.H. 328, 330 (1969). To the extent that the defendant raises his issues within the context of this case, we cannot properly address the issues without a fully-developed evidentiary record. RSA 173-B:5, VI provides the defendant with the right to a hearing on the extension. Although the trial court scheduled a hearing as provided under the statute, the defendant filed his notice of appeal the day before the hearing. The trial court understandably interpreted the defendant's appeal to divest it of continuing jurisdiction, prompting the court to cancel the hearing. See Rautenberg v. Munnis, 107 N.H. 446, 447 (1966). Under the unique circumstances of this case, and pursuant to our "general superintendence of all courts of inferior jurisdiction," RSA 490:4 (2010), we remand for a hearing as required by RSA 173-B:5, VI. The 30-day deadline in RSA 173-B:5, VI shall run from the date of this order. Unless this court orders otherwise, the filing of any motion to reconsider in this court shall not stay the deadline for holding the hearing.

In light of our decision, we need not address the defendant's remaining arguments. See Antosz v. Allain, 163 N.H. 298, 302 (2012) (declining to address parties' other arguments where holding on one issue is dispositive).

Remanded.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,<br>Clerk**

Distribution:
9th N.H. Circuit Court - Nashua Family Division, 659-2019-DV-00341
Honorable Kevin P. Rauseo
Honorable David D. King
Mr. Dana Albrecht
Michael J. Fontaine, Esq.
Israel F. Piedra, Esq.
Sherri L. Miscio, Supreme Court
Francis C. Fredericks, Supreme Court
File