## THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2023-0181, <u>K.A. v. D.A.</u>, the court on November 15, 2023, issued the following order:**

D.A.'s motion for clarification is granted, in part, as follows. The court's October 20, 2023 final order remanded this case to the trial court "for a hearing as required by RSA 173-B:5, VI" to allow the creation of a fully-developed factual record, which would enable the court to address the issues raised on appeal within the context of this case.

The court hereby clarifies that it retains jurisdiction over the appeal pending the trial court's decision following the RSA 173-B:5, VI hearing and any other proceedings that the trial court deems necessary to resolve the issues before it. Following the trial court's issuance of the post-hearing decision, the parties may file supplemental briefs to address any new issues that may arise from the hearing or any existing issues affected by the trial court's decision. The parties may order a transcript of the remand hearing, <u>see</u> Rule 15, as needed. The relief requested in D.A.'s motion for clarification is otherwise denied.

D.A.'s motion for late authority is granted. D.A.'s motion for rehearing and reconsideration and his motion to "show cause" are denied without prejudice to his ability to raise any surviving issues in the subsequent appellate proceeding.

Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**

Distribution:
9th N.H. Circuit Court - Nashua Family Division, 659-2019-DV-00341
Honorable Kevin P. Rauseo
Mr. Dana Albrecht
Michael J. Fontaine, Esq.
Israel F. Piedra, Esq.
File