**Subject:** RE: albrecht - tomorrow's hearing
**From:** Laura Azorian <lazorian@lawyersnh.com>
**Date:** 11/15/23, 16:52
**To:** Dana Albrecht <dana.albrecht@hushmail.com>, Michael Fontaine <mfontaine@lawyersnh.com>
**CC:** Wendy Borrun <wborrun@lawyersnh.com>, Sylvie Michaud-Nelson <smichaud@lawyersnh.com>

Dana,

Attached is our Exhibit List for tomorrow's hearing.

Laura A. Azorian, Paralegal
Welts, White & Fontaine, P.C.
29 Factory Street
Nashua, NH  03060
603-883-0797 X512
603-883-8925


-----Original Message-----
From: Dana Albrecht <dana.albrecht@hushmail.com>
Sent: Wednesday, November 15, 2023 4:20 PM
To: Michael Fontaine <mfontaine@lawyersnh.com>
Cc: Wendy Borrun <wborrun@lawyersnh.com>; Sylvie Michaud-Nelson <smichaud@lawyersnh.com>; Laura Azorian <lazorian@lawyersnh.com>; Dana Albrecht <dana.albrecht@hushmail.com>
Subject: albrecht - tomorrow's hearing

Mike,

Please produce to me IMMEDIATELY any evidence/exhibits you intend to offer at tomorrow's hearing.

Thanks,

-Dana


—Attachments:—

| | |
|---|---|
| Exhibit List - DV.docx | 24.6 KB |
| 1. Ltr to Dr. Rana Bilbeisi 3-30-23.pdf | 1.9 MB |
| 2. First Request for Admissions 2-23-23.pdf | 173 KB |
| 3. Second Request for Admissions 2-24-23.pdf | 196 KB |
| 4. Third Request for Admissions 11-1-23.pdf | 157 KB |
| 5. Fourth Request for Admissions 11-1-23.pdf | 186 KB |
| 6. K's Mtn for PO & to Strike RFA.pdf | 96.0 KB |
| 7. Objection to PO & to Strike RFA.pdf | 276 KB |
| 8. NOD K's Mtn for Protective Order & to Strike RFA's.pdf | 27.3 KB |
| 9. Mtn for Rehearing 8-4-23.pdf | 3.0 MB |

STATE OF NEW HAMPSHIRE
JUDICIAL BRANCH
http://www.courts.state.nh.us

9th Circuit – Family Division - Nashua

Katherine Albrecht v. Dana Albrecht
Docket Number: 659-2019-DV-00341

# PLAINTIFF'S EXHIBIT LIST

| 1 | 3/30/23 Ltr by D. Albrecht to Dr. Rana Bilbeisi, DO, Karmanos Cancer Institute |
|---|---|
| 2 | Defendant's First Set of Requests for Admissions dated 2/23/23 |
| 3 | Defendant's Second Set of Requests for Admissions dated 2/24/23 |
| 4 | Defendant's Third Set of Requests for Admissions dated 11/1/23 |
| 5 | Defendant's Fourth Set of Requests for Admissions dated 11/1/23 |
| 6 | Plaintiff's Expedited Motion for Protective Order and to Strike Defendant's First and Second Sets of Requests for Admissions dated 2/28/23 |
| 7 | Defendant's Objection to Expedited Motion for Protective Order and to Strike Defendant's First and Second Sets of Requests for Admissions dated 3/10/23 |
| 8 | Notice of Decision dated 3/17/23 |
| 9 | Defendant's Motion for Rehearing dated 8/04/23 |

1  STATE OF NEW HAMPSHIRE

2  9TH CIRCUIT COURT - FAMILY DIVISION - NASHUA

3

4  KATHERINE ALBRECHT,           ) Family Division Case No.
                                 ) 659-2019-DV-00341
5           Plaintiff,           )
                                 ) Nashua, New Hampshire
       vs.                       ) November 16, 2023
6                                ) 10:30 a.m.
   DANA ALBRECHT,                )
7                                )
            Defendant.           )
8  _____  )

9

10            HEARING
       BEFORE THE HONORABLE KEVIN RAUSEO
       JUDGE OF THE CIRCUIT COURT - FAMILY DIVISION
11            **AMENDED (ERRATA)**

12 APPEARANCES:

13 For the Plaintiff:        Michael Fontaine, Esq.
                             WELTS WHITE FONTAINE PC
14                           PO Box 507
                             Nashua, NH 03061
15
   Pro Se Defendant:         Dana Albrecht
16                           (Address Unknown)

17 Audio Operator:           Electronically Recorded
                             **Not Monitored**
18
   TRANSCRIPTION COMPANY:    eScribers, LLC
19                           7227 N. 16th Street, Suite 207
                             Phoenix, AZ 85020
20                           (800) 257-0885
                             www.escribers.net
21
   Proceedings recorded by electronic sound recording; transcript
22 produced by court-approved transcription service.

23

24

25

