# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

In Case No. 2023-0602, K.A. v. D.A., the court on November 27, 2023, issued the following order:

On October 20, 2023, this court issued an order in case no. 2023-0181, K.A. v. D.A., remanding "for a hearing as required by RSA 173-B:5, VI." On November 15, 2023, the court issued an order in the same appeal clarifying that "it retains jurisdiction over the appeal pending the trial court's decision following the RSA 173-B:5, VI hearing and any other proceedings that the trial court deems necessary to resolve the issues before it."

In light of the remand, this appeal is dismissed as moot. The dismissal is without prejudice to the defendant raising any argument presented in this appeal through supplemental briefing in case no. 2023-0181, if any, and without prejudice to the plaintiff presenting any argument contained in her motion to dismiss in response to any supplemental brief filed by the defendant in case no. 2023-0181.

Accordingly, the plaintiff's motion to dismiss is moot. The defendant's motion for partial summary judgment is denied.

Appeal dismissed.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

Timothy A. Gudas,<br>Clerk

Distribution:
9th N.H. Circuit Court - Nashua Family Division, 659-2019-DV-00341
Honorable Kevin P. Rauseo
Mr. Dana Albrecht
Michael J. Fontaine, Esq.
Israel F. Piedra, Esq.
File