# NEW HAMPSHIRE SUPREME COURT
# ORAL ARGUMENTS
# JUNE 6, 2024
# - UPDATED 5/16/24 -

The cases listed are scheduled for in-person oral argument on Thursday, June 6, 2024. Attorneys and parties are further advised of the following:

1. Cases in the morning session are scheduled to begin at 9:30 a.m. Persons presenting oral argument must check-in at the clerk's office before oral argument. **Please note the check-in time of your case**.

2. The amount of time allotted to each party for oral argument is shown. The court intends to limit parties to the allotted time. If a party intends to divide the allotted time or reserve a portion for rebuttal, the party should notify the courtroom monitor before the session. A maximum of two minutes may be reserved for rebuttal.

3. The justices will refrain from asking questions during the first three minutes of each person's argument; this period of non-questioning may be waived. Persons presenting oral argument should assume that the court is familiar with the facts.

4. The moving party is responsible for presenting and transmitting the portions of the record necessary to decide the questions of law presented by the case. See Rules 13 and 14.

**N O T I C E**

**IT IS A CLASS B FELONY TO CARRY A FIREARM OR OTHER DEADLY WEAPON AS DEFINED IN RSA 625:11, V IN A COURTROOM OR AREA USED BY A COURT.**

**ANY PERSON WHO REQUIRES AN AUXILIARY AID TO HEAR ORAL ARGUMENT SHOULD NOTIFY THE CLERK OF COURT AS FAR IN ADVANCE AS POSSIBLE SO THAT THE EQUIPMENT CAN BE AVAILABLE.**

**Thursday, June 6, 2024, morning session**

**Check-in time 9:00 a.m.; beginning at 9:30 a.m.:**

2023-0521   In the Matter of David Campbell and Robin Partello
            S&G (Tracey Goyette Cote) (15 min.) for the petitioner
            William Aivalikles (15 min.) for the respondent

2023-0545   Merrimack Premium Outlets, LLC   v.   Town of Merrimack
            & a.                                  DW&M
            SCL                                   (Matthew R. Serge)
            (Anthony M. Ambriano)                 (15 min.)
            (15 min.) and
            PA
            (Jonathan A. Block and Olga J.
            Goldberg)

**HANTZ MARCONI, J., DISQUALIFIED**

**Check-in time 10:00 a.m.:**

2023-0357   D'Kwon Robinson                  v.   1 Bouchard Street Realty, LLC
            WLG                                   HLG
            (John L. Ward)                        (Daniella Massimilla)
            (15 min.)                             (15 min.)
            *Amicus:* DL&G (Benjamin T. King)
            for New Hampshire Association for
            Justice

**Cases to be submitted on briefs without oral argument:**

| | | | |
|---|---|---|---|
| 2023-0528 | In re Estate of Marc F. Thurrell | | |
| | S&S (Weston R. Sager and Donald M. Smith) for Francis Lord | | |
| | Terrie Harman and Kathleen McKenzie for Linda Thurrell | | |

| 2023-0040 | State of New Hampshire<br>Attorney General<br>(Audriana Mekula) | v. | Paul J. Howard, Jr.<br>Appellate Defender<br>(Pamela E. Phelan) |

**HANTZ MARCONI, J., DISQUALIFIED**

| 2023-0345 | State of New Hampshire<br>Attorney General<br>(Sam M. Gonyea) | v. | Joseph Hoell, Jr.<br>For himself |

**HANTZ MARCONI, J., DISQUALIFIED**

Date: May 6, 2024        Attest: _Timothy A. Gudas_
                                 Timothy A. Gudas, Clerk

3