# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0181, <u>K.A. v. D.A.</u>, the court on May 31, 2024, issued the following order:**

On May 22, 2024, K.K. was deemed a non-participant. Accordingly, D.A.'s May 13, 2024 motion for clarification is moot. D.A.'s May 13, 2024 motion for reconsideration is granted to the extent that D.A.'s April 19, 2024 motion to docket additional transcripts is denied without prejudice.

D.A.'s <u>ex parte</u> motion to extend May 13, 2024 deadline is granted as follows. On or before June 10, 2024, D.A. shall file a written notice that identifies, with specificity, any issues still pending before the trial court that relate to the existing issues presented in this appeal as well as new issues that arose from the hearing on remand. No further extensions of time shall issue. Failure to comply with this order may result in dismissal of the appeal.

MacDonald, C.J., and Bassett, Hantz Marconi, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,
Clerk**

Distribution:
Mr. Dana Albrecht
Ms. Katherine Albrecht
File