# United States Court of Appeals
## For the First Circuit

No. 24-1217

DANA ALBRECHT,

Plaintiff - Appellant,

v.

KATHLEEN STERNENBERG, in the official capacity as a Guardian ad Litem appointed to serve in the New Hampshire Circuit Court, Family Division; BRUCE F. DALPRA, in the official capacity as a former Marital Master in the New Hampshire Circuit Court, Family Division; JULIE A. INTROCASO, in the official capacity as a former judge in the New Hampshire Circuit Court, Family Division; MARK SUTHERLAND DERBY, in the official capacity as a judge in the New Hampshire Circuit Court, Family Division; DAVID D. KING, in the official capacity as an Administrative Judge of the New Hampshire Circuit Court; NH JUDICIAL BRANCH,

Defendants - Appellees.

Before

Barron, Chief Judge,
Gelpí and Montecalvo, Circuit Judges.

**JUDGMENT**

Entered: August 11, 2025

    Plaintiff-appellant Dana Albrecht has brought a declaratory judgment action in the United States District Court for the District of New Hampshire. The district court dismissed one defendant from the suit on the basis of quasi-judicial immunity. Albrecht brought the present interlocutory appeal to challenge that decision. With appellate jurisdiction in doubt, this court issued an order to show cause. See generally 28 U.S.C. §§ 1291, 1292. Albrecht has filed a response, invoking the collateral order doctrine and the precedent of Gillespie v. United States Steel Corp., 379 U.S. 148 (1964).

    Having considered Albrecht's response to the show-cause order and the other relevant materials in the record, we conclude that he has failed to establish the existence of appellate jurisdiction over this interlocutory appeal. See U.S. Fid. & Guar. Co. v. Arch Ins. Co., 578 F.3d 45, 55 (1st Cir. 2009) (explaining that party invoking appellate jurisdiction bears burden of establishing that appellate jurisdiction exists); see also In re Fin. Oversight & Mgmt. Bd. for Puerto Rico, 52 F.4th 465, 477 (1st Cir. 2022) ("And when appellate jurisdiction has been called into

question . . . this court will generally consider only the rationales offered by the party invoking the court's jurisdiction.").

Accordingly, this appeal is **DISMISSED**. This dismissal is without prejudice to any argument Albrecht intends to pursue in the underlying litigation in the district court. Any remaining pending motions, to the extent not mooted by the foregoing, are **DENIED**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Dana Albrecht
Linda M. Smith
Samuel R. V. Garland
Catherine Denny